**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rigoberto ROBLES–VELAZQUEZ,**
**a.k.a. Rigoberto Castillo,**
**Defendant–Appellant.**

No. 12–10481
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 26, 2012.

Lennard B. Register, III, Robert G. Davies, John Ryan Love, Pamela C. Marsh, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Jennifer Anne Hart, Federal Public Defender Office, Pensacola, FL, Randolph Patterson Murrell, Gwendolyn Louise Spivey, Federal Public Defender's Office, Tallahassee, FL, for Defendant–Appellant.

Rigoberto Robles–Velazquez, Marianna, FL, pro se.

Before DUBINA, Chief Judge, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Rigoberto Robles–Velazquez, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Robles–Velazquez's conviction and sentence are **AFFIRMED.**